IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-121 |
| | ) | |
| RODERICK M. OWENS | ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion for a continuance of the trial date [doc. 23]. The defendant says that he is attempting to negotiate a settlement of this matter, and additional time is needed to complete the negotiations. The government has no objection to the motion.

The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motion would deny the defendant and the government the reasonable time necessary to complete the parties' negotiations or to prepare for trial should the negotiations fail. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the defendant's motion for a continuance to the new trial is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and the trial in this criminal case is **CONTINUED** to May 21, 2007, at 9:00 a.m.  It is further **ORDERED** that the motion of defense counsel to withdraw is **DENIED WITH LEAVE TO RENEW.**

ENTER:

      *s/ Leon Jordan*
United States District Judge