IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-cr-121 |
| | ) | |
| RODERICK M. OWENS | ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion to continue the trial [doc. 31]. The defendant says that additional time is needed to investigate this case and prepare for trial, since new counsel was only recently appointed. Further, the defendant has filed a motion seeking permission to file a motion to suppress evidence and, if granted, additional time will be needed to consider the motion. The government has no objection to a continuance.

The court finds the defendant's motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motion would deny the defendant and the reasonable time necessary to complete his investigation and prepare for trial, and would deny him the opportunity to pursue his motion to suppress evidence. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the

defendant's motion for a continuance to the new trial is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and this criminal case is **CONTINUED** to July 26, 2007, at 9:00 a.m.


ENTER:


*s/ Leon Jordan*
United States District Judge